UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CONSTANCE COURTNEY,

    Plaintiff,

vs.                                                             CASE NO.: 8:20-CV-1095-T-02AEP

THE RESIDENCES AT SANDPEARL
RESORT OWNER'S ASSOCIATION,
INC. AND ROBERT M. SIMPSON,

    Defendant(s).
_____/

## MEDIATION REPORT

1. Mediation in this cause was conducted by Stephen G. Brannan, Esquire on June 22, 2021.

2. In attendance at the mediation were the following

        On behalf of the Plaintiff:    Dan Saxe, Esquire
                                                  Constance Courtney

        On behalf of the Defendant:    Christopher J. Blain, Esquire
                                                  Courtney Lucke, Esquire
                                                  Veronica Berkley

    The mediation resulted in a settlement of this case.

Respectfully submitted this 22nd day of June, 2021.

Copies to:
Dan Saxe, Esquire
Christopher J. Blain, Esquire

                                                            WESTCOAST MEDIATORS
                                                            Post Office Box 2008
                                                            Sarasota, Florida 34230
                                                            941-356-1041   941-925-3797 fax

*/s/ Stephen G. Brannan*

                                                            STEPHEN G. BRANNAN
                                                           Fla. Bar No:  0521442